UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES-GENERAL

Case No.  CV 13-8772-WDK (PLAx)                                           Date October 15, 2014

Title:   J & J Sports Productions, Inc. v.  Victor M. Trujillo

---

PRESENT: THE HONORABLE   PAUL L. ABRAMS

☐ U.S. DISTRICT JUDGE
☒ MAGISTRATE JUDGE

| Christianna Howard | N/A | N/A |
|---|---|---|
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

**ATTORNEYS PRESENT FOR PLAINTIFFS:**
NONE

**ATTORNEYS PRESENT FOR DEFENDANTS:**
NONE

**PROCEEDINGS:**       (ORDER TO SHOW CAUSE)

By Order dated February 13, 2014, the parties were advised that a mediation must be concluded no later than November 14, 2014.  On July 9, 2014, a Notice of Mediation Date was filed advising the parties that a mediation was scheduled for Friday, October 10, 2014, at 11:00 a.m.  A Mediation Report was filed on October 10, 2014, by the ADR Director, indicating that defendant did not appear at the scheduled mediation.  Accordingly, **defendant is ordered to show cause, no later than October 22, 2014, why monetary sanctions should not be imposed on defendant for failure to comply with this Court's February 13, 2014, Order**.

cc:   Hon. William D. Keller
      Gail Killefer, ADR Coordinator
      Counsel of record

Initials of Deputy Clerk   ch

CV-90 (10/98)                                  CIVIL  MINUTES  -  GENERAL