UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES-GENERAL

Case No.  CV 13-8772-WDK (PLAx)                                           Date October 28, 2014

Title:   J & J Sports Productions, Inc. v. Victor M. Trujillo

---

PRESENT: THE HONORABLE   PAUL L. ABRAMS

☐ U.S. DISTRICT JUDGE
☒ MAGISTRATE JUDGE

| Christianna Howard | N/A | N/A |
|---|---|---|
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

ATTORNEYS PRESENT FOR PLAINTIFFS:          ATTORNEYS PRESENT FOR DEFENDANTS:
            NONE                                                              NONE

PROCEEDINGS:        (ORDER TO SHOW CAUSE)

By Order dated February 13, 2014, the parties were advised that a mediation must be concluded no later than November 14, 2014. On July 9, 2014, a Notice of Mediation Date was filed advising the parties that a mediation was scheduled for Friday, October 10, 2014, at 11:00 a.m. A Mediation Report was filed on October 10, 2014, by the ADR Director, indicating that defendant did not appear at the scheduled mediation. Accordingly, on October 15, 2014, defendant was ordered to show cause, no later than October 22, 2014, why monetary sanctions should not be imposed on him for failure to comply with this Court's February 13, 2014, Order. To date, defendant has not responded to the order to show case in any manner. In these circumstances, the Court finds that monetary sanctions are warranted.

Accordingly, **no later than November 4, 2014, defendant shall pay to the Clerk of the Court the sum of $250.00** as a sanction for failing to comply with this Court's February 13, 2014, Order by not appearing for the scheduled mediation.

cc:     Hon. William D. Keller
        Gail Killefer, ADR Coordinator
        Counsel of record
        Victor M. Trujillo, Pro se

Initials of Deputy Clerk   ch