UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES-GENERAL

Case No.  CV 13-8772-WDK (PLAx)                                            Date November 19, 2014

Title:   J & J Sports Productions, Inc. v. Victor M. Trujillo

---

PRESENT:  THE HONORABLE     PAUL L. ABRAMS

☐ U.S. DISTRICT JUDGE
☒ MAGISTRATE JUDGE

| Christianna Howard | N/A | N/A |
|---|---|---|
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

ATTORNEYS PRESENT FOR PLAINTIFFS:          ATTORNEYS PRESENT FOR DEFENDANTS:
              NONE                                                                        NONE

PROCEEDINGS:        (ORDER TO SHOW CAUSE)

By Order dated February 13, 2014, the parties were advised that a mediation must be concluded no later than September 15, 2014.  On July 9, 2014, a Notice of Mediation Date was filed advising the parties that a mediation was scheduled for Friday, October 10, 2014, at 11:00 a.m.  A Mediation Report was filed on October 10, 2014, by the ADR Director, indicating that defendant did not appear at the scheduled mediation.  Accordingly, on October 15, 2014, defendant was ordered to show cause, no later than October 22, 2014, why monetary sanctions should not be imposed on defendant for failure to comply with this Court's February 13, 2014, Order.  When, as of October 28, 2014, defendant had not responded to the order to show cause, the Court ordered monetary sanctions for failing to comply with the February 13, 2014, Order, in the amount of $250.  Defendant was ordered to pay that sum to the Clerk of the Court no later than November 4, 2014.  As of this date, defendant has not paid the ordered sum.  Neither has he filed any sort of response to the Court's October 15, 2014, or October 28, 2014, Orders.

**Accordingly, no later than December 1, 2014, defendant is ordered to show cause why the unpaid monetary sanctions should not be increased for his failure to abide by this Court's Orders.  Plaintiff is advised that his failure to respond to this Order will result in an increase in the monetary sanctions.**


cc:     Hon. William D. Keller
        Gail Killefer, ADR Coordinator
        Counsel of record
        Victor M. Trujillo, Pro se

                                                                                    Initials of Deputy Clerk    ch

CV-90 (10/98)                              CIVIL  MINUTES  -  GENERAL